1

2

3

4

5

6

7

8               IN THE UNITED STATES DISTRICT COURT

9             FOR THE EASTERN DISTRICT OF CALIFORNIA

10   BRIAN SEEFELDT,

11          Plaintiff,                    No. CIV S-09-2576 KJM P

12     vs.

13   CALIFORNIA FORENSIC,                 AMENDED
     MEDICAL GROUP, et al.,               ORDER FOR PAYMENT
14                                        OF INMATE FILING FEE
            Defendants.
15   _____/

16   To:  The Director of the California Department of Corrections and Rehabilitation, 1515 S Street,

17   Sacramento, California 95814:

18          Plaintiff, a state prisoner proceeding pro se and in forma pauperis, is obligated to

19   pay the statutory filing fee of $350.00 for this action.  Plaintiff has been assessed an initial partial

20   filing fee of $3.60 for this action pursuant to 28 U.S.C. § 1915(b)(1).  Upon payment of that

21   initial partial filing fee, plaintiff will be obligated to make monthly payments in the amount of

22   twenty percent of the preceding month's income credited to plaintiff's trust account.  The

23   California Department of Corrections and Rehabilitation is required to send to the Clerk of the

24   Court the initial partial filing fee and thereafter payments from plaintiff's prison trust account

25   each time the amount in the account exceeds $10.00, until the statutory filing fee of $350.00 is

26   paid in full.  28 U.S.C. § 1915(b)(2).

1

1    Good cause appearing therefore, IT IS HEREBY ORDERED that:

2    1.  The Director of the California Department of Corrections and Rehabilitation or

3  a designee shall collect from plaintiff's prison trust account an initial partial filing fee in the

4  amount of $3.60 and shall forward the amount to the Clerk of the Court.  Said payment shall be

5  clearly identified by the name and number assigned to this action.

6    2.  Thereafter, the Director of the California Department of Corrections and

7  Rehabilitation or a designee shall collect from plaintiff's prison trust account the $346.40 balance

8  of the filing fee by collecting monthly payments from plaintiff's prison trust account in an

9  amount equal to twenty percent (20%) of the preceding month's income credited to the prisoner's

10  trust account and forwarding payments to the Clerk of the Court each time the amount in the

11  account exceeds $10.00 in accordance with 28 U.S.C. § 1915(b)(2).  The payments shall be

12  clearly identified by the name and number assigned to this action.

13    3.  The Clerk of the Court is directed to serve a copy of this order and a copy of

14  plaintiff's signed in forma pauperis affidavit on Director, California Department of Corrections

15  and Rehabilitation, 1515 S Street, Sacramento, California 95814.

16    4.  The Clerk of the Court is directed to serve a copy of this order on the Financial

17  Department of the court.

18  DATED:  April 28, 2010.

19

20  seef2576.cdc2                                         _____
                                                          U.S. MAGISTRATE JUDGE

21

22

23

24

25

26

2