IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BRIAN SEEFELDT,

    Plaintiff,                    No. CIV S-09-2576 CMK (TEMP) P

    vs.

CALIFORNIA FORENSIC
MEDICAL GROUP, et al.,

    Defendants.                  ORDER

                                  /

        By order filed April 28, 2010, plaintiff's complaint was dismissed and thirty days leave to file an amended complaint was granted. The thirty day period has now expired, and plaintiff has not filed an amended complaint or otherwise responded to the court's order. Plaintiff has consented to the magistrate judge's jurisdiction under 28 U.S.C. § 636(c).

        Accordingly, IT IS HEREBY ORDERED that this action is dismissed without prejudice. <u>See</u> Local Rule 110; Fed. R. Civ. P. 41(b).

DATED: January 13, 2011

                                                      **CRAIG M. KELLISON**
                                                      UNITED STATES MAGISTRATE JUDGE

hm
seef2576.fta